# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| Debtor: | BENITO SALAZAR JARAMILLO | | |
| Case Number: | 2:10-bk-12156-RJH | Chapter: | 7 |
| Date / Time / Room: | MONDAY, JULY 12, 2010 10:00 AM   6TH FLOOR #603 | | |
| Bankruptcy Judge: | RANDOLPH J. HAINES | | |
| Courtroom Clerk: | JANET SMITH | | |
| Reporter / ECR: | SHERI FLETCHER | | |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY PHH MORTGAGE CORP

R / M #:   21 / 0

## Appearances:

BENITO SALAZAR JARAMILLO
DARYL DORSEY, ATTORNEY FOR MOVANT

## Proceedings:

Mr. Dorsey urged the motion advising the debtor has not been making payments.

Mr. Jaramillo informed he has been making payments and presented the Court with proof of the payments.

THE COURT IS REVIEWING A COPY OF A MONEY ORDER.

Mr. Jaramillo stated the bank would not accept payments after the April payment.

COURT:  IT IS ORDERED CONTINUING THIS HEARING TO AUGUST 9, 2010 AT 10:00 AM.   IF THE DEBTOR IS NOT CURRENT ON PAYMENTS FOR MAY, JUNE AND JULY THE COURT MAY GRANT STAY RELIEF AT THAT TIME.